IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| WARREN CHASE | ) | |
| | ) | Case No. 98-CCB-2265 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge:  Catherine C. Blake |
| JACK KAVANAUGH | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION FOR MODIFICATION OF
## SCHEDULING ORDER

Plaintiff, Warren Chase ("Mr. Chase"), and Defendants, Jack Kavanaugh, *et al.* (collectively referred to as the Defendants"), by and through their undersigned attorneys, agree and state as follows:

1)   In the interests of judicial economy, in an effort to streamline the issues and narrow the list of named defendants in this case, and in an effort to narrow the breadth of the discovery process, Mr. Chase requests a brief, two-week extension until February 25, 2000, in which to file his amended Complaint;

2)   Mr. Chase was provided with the full list of names for those guards he originally named in his Complaint earlier this week, and is now in possession of all information necessary to properly amend his Complaint to name only those individuals directly involved in the incidents complained of;



3)    Defendants have no objection to this brief extension.

**WHEREFORE**, the parties respectfully request that an extension be given to Mr. Chase until February 25, 2000, in order to file his amended Complaint.

Respectfully submitted,

_Angela M Eaves by express permission_
_Granted on 2/9/00_
Angela M. Eaves
Assistant Attorney General
St. Paul Plaza, 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6429
Attorney for Defendants

John E. McCann
MILES & STOCKBRIDGE
10 Light Street
Suite 700
Baltimore, Maryland 21202
(410) 727-6464
Attorney for Plaintiff

### ORDER

Upon consideration of the foregoing Joint Motion for Modification of Scheduling Order, it is this _14_ day of _February_ hereby **ORDERED** that:

1)    The parties' joint motion be **GRANTED;** and

2)    Plaintiff Warren Chase be given an extension until February 25, 2000 to file his amended Complaint.

IT IS SO ORDERED.

_____
The Honorable Catherine C. Blake