UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | Case No.: 98-CCB-2265 |
| v. | * | |
| JACK KAVANAUGH, et al., | * | The Honorable Catherine C. Blake |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Modify Joint Scheduling Statement filed by Plaintiff, Warren Chase, and Defendants' Jack Kavanaugh et al., it is on this __11th__ day of __September__, 2000, hereby **ORDERED**:

1. That the Consent Motion to Modify Joint Scheduling Statement be, and hereby is, **GRANTED**; and further

2. That the Scheduling Statement be modified to reflect the following deadlines:

    (a) Deadline for designating Plaintiff's experts on October 31, 2000;

    (b) Deadline for designating Defendants' experts on November 30, 2000;

    (c) Deadline for discovery on December 29, 2000;

    (d) Submission of Status Report on December 29, 2000;

    (e) Deadline for filing dispositive motions on January 31, 2001;

    (f) Pretrial Conference ~~during February 2001; and~~ ⎤ to be

    (g) Trial ~~set for early March 2001~~.           ⎦ Scheduled /CCB

IT IS SO ORDERED.

                                                                                              _____
The Honorable Catherine C. Blake
Judge
United States District Court for
the District of Maryland


cc:      Counsel of Record for All Parties

#369596                    2