IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE,               *

   Plaintiff,              *

v.                          *       Civil No. CCB-98-2265

JACK KAVANAGH, et al.       *

   Defendants.             *

\* * * * * * * * * * * * * *

## PROPOSED AMENDED SCHEDULING ORDER

Upon consideration of the Stipulation and Motion to Amend the Scheduling Order filed November 28, 2000 by Plaintiff and Defendants, it is this 27th day of November, 2000,

ORDERED, that the Scheduling Order in this case be amended as follows:

| | |
|---|---|
| Defendants' Rule 26(a)(2) disclosure re experts | December 15, 2000 |
| **Discovery deadline; submission of status report** | January 15, 2001 |
| Requests for admission | January 31, 2001 |
| **Dispositive pretrial motions deadline** | February 28, 2001 |

_____
Catherine C. Blake
United States District Court Judge