UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | Case No.: 98-CCB-2265 |
| v. | * | |
| JACK KAVANAGH, et al., | * | The Honorable Catherine C. Blake |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Modify Joint Scheduling Order filed by the parties to the above-captioned case, it is on this __8th__ day of __January__ 2001, hereby **ORDERED**:

1. That the Consent Motion to Modify Joint Scheduling Order be, and hereby is, **GRANTED** and

2. That the Scheduling Order in this case be, and hereby is, **MODIFIED** to reflect the following deadlines:

   (a) Deadline for the completion of discovery and the submission of a status report on March 5, 2001;

   (b) Deadline for the parties to propound admissions on March 22, 2001;

   ~~(c) Pretrial Conference on March 26, 2001; and~~ *CB*

   (d) Deadline for the filing of dispositive pre-trial motions on April 19, 2001.

**IT IS SO ORDERED.**

_____
The Honorable Catherine C. Blake,
United States District Court for the
District of Maryland