IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE

v.                                              CIVIL NO. CCB-98-2265

JACK KAVANAGH, ET AL.

...o0o...

**ORDER**

A letter from Warren Chase dated August 10, 2001, being construed as a motion for appointment of new counsel, has been read and considered and is **DENIED**. Mr. Chase has demonstrated an ability to explain his position in this case adequately without assistance. Further, he did not show any sufficient reason for his dissatisfaction with prior counsel. Appointment of counsel on a pro bono basis is the exception rather than the rule. It is a burden that must not be placed on counsel except when fully justified by the nature and complexity of the case and the reasonable needs of the litigant. Mr. Chase has not shown that appointment of new counsel is warranted.

**SO ORDERED** this 17th day of August, 2001.

_____
Catherine C. Blake
United States District Judge

FILED
DISTRICT COURT
CT OF MARYLAND
2001 AUG 17 A 10: 20
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY